KRISTIN N. REYNA DEHART (SBN: 211075)
kreyna@buchalter.com
TIMOTHY J. BRANNAN (SBN: 360154)
tbrannan@buchalter.com
BUCHALTER LLP
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335

Attorneys for Defendants SAN DIEGO FAMILY HOUSING, LLC and LMH MILITARY PROPERTY MANAGEMENT LP, formerly known as LINCOLN MILITARY PROPERTY MANAGEMENT LP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUTHER JOHNSON, individually and as heirs of decedent LEGEND ALFONZO JOHNSON; and JORDAN JOHNSON, individually and as heirs of decedent LEGEND ALFONZO JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC et al.,<br><br>Defendants. | Case No. 3:26-cv-03298-JES-MMP<br><br>**NOTICE OF U.S. SUPREME COURT ORDER IN *SAN DIEGO FAMILY HOUSING, LLC V. LENA CHILDS ET AL.*, NO. 25-1027 (JUN. 29, 2026) PURSUANT TO CIVIL CHAMBERS RULE III(E)**<br><br>Judge: Hon. James E. Simmons, Jr. |

On June 29, 2026, the Supreme Court of the United States entered an order in *San Diego Family Housing, LLC, et al. v. Lena Childs, et al.*, No. 25-1027. The order, attached hereto in full, grants Defendants/Appellants/Petitioners San Diego Family Housing, LLC's and Lincoln Military Property Management LP's petition for a writ of certiorari, vacates the underlying judgment (*Lena Childs et al. v. San Diego Family Housing LLC, et al.*, 150 F.4th 1151 (9th Cir. 2025), and remands the case to the Ninth Circuit for further consideration in light of *Chevron USA Inc. v. Plaquemines Parish*, 608 U.S. ____ (2026).

///

Respectfully submitted,

DATED: July 1, 2026

BUCHALTER LLP

By: /s/ [signature]

KRISTIN N. REYNA DEHART
TIMOTHY J. BRANNAN

Attorneys for Defendants San Diego Family Housing, LLC and LMH Military Property Management LP, formerly known as Lincoln Military Property Management LP

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 29, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: San Diego Family Housing, LLC, a California Limited Liability Corporation, et al.
v. Lena Childs, et al.
No. 25-1027
(Your No. 24-1256)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Chevron USA Inc.* v. *Plaquemines Parish*, 608 U. S. ___ (2026).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk