**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUTHER JOHNSON, individually and as heirs of decedent LEGEND ALFONZO JOHNSON; and JORDAN JOHNSON, individually and as heirs of decedent LEGEND ALFONZO JOHNSON,<br>Plaintiff,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC et al.,<br>Defendant. | Case No.: 3:26-cv-3298-JES-MMP<br><br>**ORDER:**<br>**(1) GRANTING DEFENDANTS' MOTION FOR NUNC PRO TUNC RELIEF;**<br><br>**(2) GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL;**<br><br>**(3) RESERVING RULING ON PLAINTIFF'S MOTION TO REMAND; and**<br><br>**(4) STAYING THIS ACTION**<br><br>**[ECF Nos. 3, 6, 12]** |

Before the Court is Defendants' Motion for Nunc Pro Tunc Relief, asking the Court to deem Defendants' Notice of Removal filed as of May 15, 2026. ECF No. 3; Plaintiffs' Motion to Remand. ECF No. 6; and Defendants' Motion to File Documents Under Seal. ECF No. 12. On August 5, 2026, the Court heard oral argument on the pending motions. ECF No. 15.

For the reasons stated on the record, which are incorporated herein by reference, the Court **ORDERS** the following:

(1) The Motion for Nunc Pro Tunc Relief is **GRANTED**. Defendants' Notice of Removal is deemed filed as of May 15, 2026;

(2) Defendants' Motion to File Documents Under Seal is **GRANTED**.

(3) Plaintiffs' Motion to Remand is **RESERVED**;

a. On June 29, 2026, the Supreme Court granted certiorari, vacated, and remanded *San Diego Family Housing, LLC v. Childs*, No. 25-1027, for further consideration in light of *Chevron U.S.A. Inc. v. Plaquemines Parish*, 608 U.S. ___ (2026). Because the Ninth Circuit's disposition on remand may bear directly on the "acting under" analysis governing the pending Motion to Remand, the Court **RESERVES** ruling, pending that decision.

(4) This Action is **STAYED** pending the Ninth Circuit's decision on remand in *Childs*.

(5) Within five (5) days of the Ninth Circuit's issuance of its decision on remand in *Childs*, the parties shall file a Joint Status Report advising the Court of the decision and its effect, if any, on the pending Motion to Remand.

**IT IS SO ORDERED**.

Dated: August 12, 2026

Honorable James E. Simmons Jr.
United States District Judge